FILED

12/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0153

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0153

_____

IN RE THE MARRIAGE OF:

CHRISTOPHER J. WEIGAND,

       Petitioner and Appellee,

  and

ORDER

BRYTANY ANNE CATTANEO,

       Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 15 2021